AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| KUMON NORTH AMERICA INC. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.    1:26-cv-03333-TPO |
| BENINELLI, LLC and JOHN REDDING | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    BENINELLI, LLC
c/o Registered Agent
Berkley Freeman Jr.
8494 West Fork Road
Boulder, CO 80302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John K. Crisham
Crisham & Holman LLC
2549 West Main Street, Suite 202
Littleton, CO 80120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    7/23/2026

s/ D. Hernandez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| KUMON NORTH AMERICA INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> BENINELLI, LLC and JOHN REDDING <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.   1:26-cv-03333-TPO |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JOHN REDDING
956 W. Maple Court
Louisville, CO 80027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John K. Crisham
Crisham & Holman LLC
2549 West Main Street, Suite 202
Littleton, CO 80120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    7/23/2026                                              s/ D. Hernandez

*Signature of Clerk or Deputy Clerk*